IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LAURIE BORDOCK**                                                                                       **PLAINTIFF**

VS.                                      CASE NO. 4:11CV00422 JMM

**CITY OF CONWAY AND**
**FAULKNER COUNTY**                                                                              **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this date, the complaint in the above styled case is dismissed with prejudice.

IT IS SO ORDERED THIS   26   day of   May  , 2011.

_____
James M. Moody
United States District Judge